IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELEISA MCKINNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:10-CV-980-WKW |
| | ) |
| MUTUAL SAVINGS CREDIT UNION, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the remaining parties' Joint Motion for Dismissal (Doc. # 17), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed by operation of Rule 41, on the terms agreed to and set out by the parties. The Clerk of the Court is DIRECTED to close this case.

DONE this 9th day of May, 2011.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE